O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERINFO.COM, INC. dba EXPERIAN CONSUMER SERVICES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESTEBAN LEON; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **Case No. 8:16-cv-1261 DOC (KESx)**<br><br>**ORDER GRANTING CONSUMERINFO.COM, INC. dba EXPERIAN CONSUMER SERVICES' APPLICATION FOR A PRELIMINARY INJUNCTION** |

On July 13, 2016, the Court issued a Temporary Restraining Order ("TRO") and Order to Show Cause Re Preliminary Injunction that was set to expire on July 25, 2016 based on Plaintiff ConsumerInfo.com, Inc. dba Experian Information Solutions' ("Experian" or "Plaintiff") *Ex Parte* Application for a TRO (Dkt. 10).

At the July 25, 2016, hearing, and pursuant to stipulation by Experian and Defendant Esteban Leon ("Leon" or "Defendant"), the TRO was extended until August 4, 2016 at 5:00 PM with a hearing on the Order to Show Cause Re Preliminary Injunction set for August 4, 2016 at 10:00 AM. *See* Minutes (Dkt. 30).

On August 4, 2016, Experian and Leon came before the Court for a hearing on the TRO and Order to Show Cause Why a Preliminary Injunction Should Not Issue. *See* Minutes (Dkt. 37). Upon consideration of the briefing in support of the preliminary injunction and opposition thereto, testimony of witnesses and oral argument of counsel, the Court finds good cause to enter a preliminary injunction.

A preliminary injunction is warranted because Experian has established a likelihood of success on the merits of at least one cause of action contained in the complaint, a likelihood of irreparable harm if Defendant Leon is not enjoined from use of Experian's source code, a balance of hardships that tips in favor of Experian, and that public interest favors an injunction to foreclose Defendant Leon from violating state and federal law and his confidentiality agreements. The preliminary injunction is based on the findings of fact and conclusions of law as stated on the record at the hearing on the matter.

THUS, IT IS HEREBY ORDERED THAT:

1.  Defendant Leon, his agents, servants, employees, and attorneys, and all persons who are in active concert or participation with him are enjoined from the

unauthorized use, duplication, or distribution of Experian's JavaScript code, Experian's source code, Experian's utilities code; and the copying and facilitating or encouraging the copying of Experian JavaScript code, Experian's source code or Experian's utilities code, including that Defendant Leon is specifically prohibited from:

    (a)    uploading or posting any Experian JavaScript code, Experian's source code, or Experian's utilities code on any website, server, database, or domain, whether public or private;

    (b)    disclosing any Experian JavaScript code, Experian's source code, or Experian's utilities code to any other person or entity, including but not limited to, his current employer SPIREON;

    (c)    using or attempting to use any Experian JavaScript code, Experian's source code, Experian's utilities code in any way for any purpose, commercial or otherwise; and

    (d)    disclosing, using, or attempting to use the Experian Amazon Web Services access keys assigned to him during his employment with Tallan and assignment to Experian.

2.    Defendant Leon must preserve all relevant evidence—including documents, communications, emails, computer data, and records of any type—that is or may be relevant to this dispute. Among other things, Defendant Leon must take steps to preserve all documents and communications that relate in any way to Experian's JavaScript code or source code for Project Corvette. Defendant Leon must also ensure that all document destruction programs are suspended with respect

to any documents, files, or data maintained on any server or computer related in any way to his conduct in this dispute.

    3.    The Court finds that no bond is required.

IT IS SO ORDERED

Dated: August 5, 2016

                                        DAVID O. CARTER
                                        United States District Judge